**Douglas FAUCONIER, Plaintiff-Appellant,**

v.

**Harold CLARKE, Director of VADOC; David A. Robinson, Chief of Corrections Operations; John A. Woodson, Warden of A.C.C.; Ms. T. McDougald, member of PRC, Defendants-Appellees,**

**and**

**Members of the Publication Review Committee, PRC, Defendant.**

No. 17-6901

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: January 12, 2018

Douglas Leigh Fauconier, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Fauconier appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fauconier v. Clarke*, 257 F.Supp.3d 746 (W.D. Va. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*